UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIEL LEMONS, #53313-074,<br>    Plaintiff,<br>vs.<br><br>FNU MOQUIN, et al.,<br>    Defendants. | )<br>)<br>)   No. 3:22-CV-1824-B-BH<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims will be **DISMISSED without prejudice** for lack of subject matter jurisdiction.

SIGNED this 13th day of November, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE